UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff(s),

v.

Twelve Million, Eight Hundred and Thirty-Four Thousand, Eight Hundred and Nineteen Dollars and Forty-Four Cents ($12,834,819.44) in funds seized from Bank of America Business Checking Acct. ending in 0050, et al.,

     Defendant(s).

Case No. 24-cv-10533

Honorable Robert J. White

**ORDER TO PARTIALLY UNSEAL DOCKET AND PROCEED WITH LITIGATION**

The Court has considered the United States' Motion to Partially Unseal the Docket and Proceed with Litigation.  For the reasons set forth in that Motion, and under applicable law cited therein, it is hereby ORDERED that:

1. The operative complaint (ECF 7-1) and select other pleadings (ECF Nos. 2-4, and 6-10), as well as this Motion and Order, shall be unsealed;

2. The Complaint and Amended Complaint (ECF Nos. 1 and 5) shall remain sealed;

1

3. Redacted versions of ECF Nos. 1 and 5, attached to that Motion as ECF Nos. 11-1 and 11-2, only redact the alleged drug money courier's name and constitute non-operative complaints. For the reasons stated in the Motion, the United States shall be permitted to maintain those redactions under seal; and

4. The docket itself shall be unsealed, allowing for future public filings.

SO ORDERED.


Dated: March 13, 2026                            s/Robert J. White
                                                 Robert J. White
                                                 United States District Judge